JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA TAUTOLO HO CHING,<br><br>  Plaintiff,<br>  v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>  Defendant. | No. 2:23-cv-02885-AJR<br><br>**JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED: December 13, 2023      _____
                                HON. A. JOEL RICHLIN
                              UNITED STATES MAGISTRATE JUDGE